

# Operative Plasterers and Cement Masons International Association

## Local No. 3

Phone: 314-894-2345  
Fax: 314-894-1923

4656 Baumgartner Road  
St. Louis, Missouri 63129

## Signature Page

### Plasterers' Local #3 Contract

### Effective July 1, 2009 - June 30, 2014

BM Plastering  
(Name of Company)

421 East Kelly Street  
De Soto MO 6302  
(Address)

636-586-357  
(Phone)

Bettie S Martinez  
(Officer Name) (Please Print)

Bettie S Martinez  
(Officer Signature)

Date: July 2009

John X _____  
(Business Manager Local No. 3)

Date: July 2009

28

EXHIBIT A